LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

Sentencing is adjourned from April 20
to June 23, 2020 at 11:30 a.m.
SO ORDERED.
Dated:  4/14/2020

April 14, 2020

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*United States v. Rojas*,
**19 Cr. 467 (PKC)**

Your Honor:

　　I represent Jesus Rojas in the above-captioned case and I write with the consent of the government respectfully to request an adjournment of Mr. Rojas' sentencing, which is presently scheduled for the coming Monday, April 20, 2020, at 2:30 pm. The parties are available for a sentencing proceeding any time on June 15, 16, 22 (after 2:00 pm), and 23. The reason for the request is that the present health emergency makes it unsafe for Mr. Rojas and his family, including his mother, to travel from Pennsylvania to New York City. This is the second request for an adjournment of the sentencing. A 30-day adjournment was previously granted on March 16, 2020.

　　Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: AUSA Samuel Raymond (by ECF)
　　Jesus Rojas (by email)