# LAW OFFICES OF JILL R. SHELLOW
_____

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

June 4, 2020

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing for Prospero Gonzalez is adjourned from June 17, 2020 to September 15, 2020 at 11:00 a.m.
Sentencing for Jesus Rojas is adjourned from June 23, 2020 to September 15, 2020 at 2:00 p.m.
SO ORDERED.
Dated: 6/4/2020

_____
P. Kevin Castel
United States District Judge

   RE:   *United States v. Prospero Gonzales*, **19 Cr. 467 (PKC)**

Dear Judge Castel:

   I am counsel for Prospero Gonzalez who is scheduled to be sentenced by Your Honor on June 17, 2020. In light of the COVID-19 pandemic and the standing orders of the Honorable Colleen McMahon about operations of the courthouse, I write to request an adjournment of the sentencing and request that a control date be calendared in about 60 days, *i.e.*, August 17, 2020. The Government consents.

   I have also been in touch with Benjamin Silverman, Esq., counsel for Jesus Rojas, the single co-defendant in this matter whose sentencing in scheduled for June 23. Mr. Silverman joins in this request, and the Government consents to his request as well.

   Thank you for your consideration.

                    Respectfully submitted,

                    Jill R. Shellow
                    *Attorney for Prospero Gonzalez*

cc:   Benjamin Silverman, Esq. (by ECF and email)
      AUSA Sam Raymond (by ECF and email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC