UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              19-cr-467 (PKC)

       -against-                          ORDER

Prospero Gonzalez and Jesus Manuel Rojas,

                      Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        It is anticipated that the COVID situation will continue for months to come. I gather the defendant does not wish to consent to a video sentencing, which is understandable. It is also perfectly understandable if counsel would like to move to withdraw because of the pandemic. However, there will be no further adjournment of the sentencing. Sentencing for defendant Gonzalez is adjourned to October 28, 2020 at 12:00 p.m. and for defendant Rojas to October 28, 2020 at 2:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
         August 21, 2020