LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

February 9, 2021

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

2-9-21

*United States v. Rojas,*
**19 Cr. 467 (PKC)**

Your Honor:

    I represent Jesus Rojas in the above-captioned case. I write with the consent of the government and Pretrial Services respectfully to request that the Court endorse this letter to order Pretrial Services to retain Mr. Rojas' passport until after Mr. Rojas surrenders (which is presently scheduled for May 18, 2021) and return it to his family after he surrenders. Pretrial Services has maintained Mr. Rojas' passport since he was released on bail in January 2019. Ordinarily, Pretrial retains passports until 90 days after sentencing, after which time it returns the passport to the Department of State. Because of the pandemic, Mr. Rojas' surrender date has been adjourned until more than 90 days after his sentencing. I conferred with Pretrial Services Officer Kathia Bermudez, who asked me to obtain a court order requiring Pretrial Services to retain the passport until after Mr. Rojas surrenders, and then to mail it to his family after he surrenders. I conferred with Assistant United States Attorney Samuel Raymond, and he consents to this request.

    For the foregoing reasons, I respectfully request that the Court endorse this letter to order Pretrial Services to retain Mr. Rojas' passport until after he surrenders, and then to mail the passport to his family following his surrender. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: AUSA Samuel Raymond (by ECF)
    Pretrial Services Officer Kathia Bermudez (by email)