UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                           19-cr-467 (PKC)

          -against-

                                                                      OPINION AND ORDER

JESUS MANUEL ROJAS,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        More than two years after sentencing, defendant Jesus Manuel Rojas challenges the content of his pre-sentence report ("PSR"), which formed the basis for a Bureau of Prisons ("BOP") determination of eligibility for a program.  The Court does not have jurisdiction to retroactively modify the PSR nor to direct the BOP concerning eligibility for programs.  The application is DENIED.  The Clerk is directed to terminate the motion.  (Doc 86.)

        SO ORDERED.

                                                                     P. Kevin Castel
                                                          United States District Judge

Dated:  New York, New York
          November 2, 2022

Mailed to: Jesus Manuel Rojas, #86457-054, USP Lewisburg, 2400 Robert F. Miller Drive, Lewisburg, PA  17837